

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-01103-CV

**IN THE INTEREST OF E.S.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA00055
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED, and appointed counsel's motion to withdraw is DENIED.

It is ORDERED that no costs be assessed against appellant in relation to this appeal because she is presumed indigent under Texas Family Code section 107.013(e).

SIGNED May 29, 2024.

_____
Beth Watkins, Justice